UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAVARES COTLAND SCOTT,<br>          Petitioner,<br>  v.<br>A. HEDGPETH, Warden,<br>          Respondent. | NO. EDCV 12-486-SJO (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 16, 2015.

_____
S. JAMES OTERO
United States District Judge